**Order filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00375-CV

———————

**MICHAEL R. WILLIAMS, Appellant**

**V.**

**JIMGLO YELLOWSTONE BLVD, LLC, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-11162**

---

## ORDER

The notice of appeal in this case was filed July 7, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On August 25, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. On September 14,

2021, this court issued an order indicating the appeal would be dismissed unless appellant provided proof of payment for the clerk's record by September 29, 2021.

On September 30, 2021, appellant requested until October 30, 2021 to pay for the clerk's record. His motion was granted.

As of today, appellant has not provided proof of payment for the record. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before **November 30, 2021**. *See* Tex. R. App. P. 35.3(c). **If appellant does not comply, the appeal will be dismissed.** *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.